### Resolution by the Members of A.A.S. Cab Corp.

**WHEREAS**, the company is insolvent and unable to pay its debts when due, and

**WHEREAS**, the company, its creditors, and all interested parties would be best served by liquidation of the company under chapter 7 of the United States Bankruptcy Code, and

**WHEREAS**, it is necessary for the company to engage counsel to advise the company of its rights and obligations under the Bankruptcy Code and to assist it in fulfillment of those obligations.

**NOW, THEREFORE, BE IT RESOLVED** that Amadou Sawane, as Principal, is authorized and directed to engage counsel, namely Cibik Law, P.C., to represent the company in bankruptcy proceedings, and

**BE IT FURTHER RESOLVED** that Amadou Sawane, as Principal, is authorized and directed to sign a petition for relief under chapter 7 of the United States Bankruptcy Code and to assist counsel in fulfilling the company's obligations under the Bankruptcy Code.



A.A.S. Cab Corp.
OFFICIAL SEAL

*I, Amadou Sawane, Principal of A.A.S. Cab Corp., do hereby certify that the foregoing is a true, complete, and accurate copy of the resolution duly adopted by the [directors/members] of the company by unanimous consent on this date, that the resolution is now in full force and effect, and that the [directors/members] did and do have authority to adopt the said resolution.*

*IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the seal of the company on this 6th day of January, 2025.*

AMADOU SAWANE (Jan 6, 2025 21:49 EST)
Amadou Sawane
Principal